IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE DAVIS,

    Plaintiff,

                                                                               Case No.  18-cv-77-wmc

    v.

THOMAS JAKUSZ, TIM ZIEGLER,
and MICHAEL MEISNER,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | January 25, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |